IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID HUGH TILLEY ) | Case No. 16-33583-KLP |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO APPROVE WAIVER OF REQUIREMENT
TO COMPLETE POST-PETITION FINANCIAL MANAGEMENT
COURSE AND CERTIFICATION PURSUANT TO 11 U.S.C. § 1328**

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Approve Waiver of Requirement to Complete Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on July 20, 2016.

2. All payments under the confirmed Chapter 13 Plan have been made to the Trustee.

3. The Debtor died on or about July 22, 2020 and is unable to complete a class on personal financial management, or execute a certification in accordance with 11 U.S.C. § 1328.

WHEREFORE, the Debtor, by counsel, respectfully requests that the Court enter an Order waiving the Debtor's requirement to complete the post-petition financial management course and certification Pursuant to 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

                                                DAVID HUGH TILLEY

                                                By: /s/ James E. Kane
                                                            Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and a copy was mailed to the parties on the list attached hereto.

                                                /s/ James E. Kane
                                                   James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE:                                            ) | |
|                                                       ) | |
| DAVID HUGH TILLEY                      ) | Case No. 16-33583-KLP |
|                                                       ) | Chapter 13 |
| _____Debtor_____             ) | |

## NOTICE OF MOTION AND OF HEARING

The above Debtor has filed a Motion to Approve Waiver of Requirement to Complete Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328 in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

3

- Attend a hearing scheduled for **May 26, 2021 at 10:00 a.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Room 5100, Richmond, VA 23219**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: May 4, 2021                                    DAVID HUGH TILLEY


                                                     By: /s/ James E. Kane
                                                              Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and a copy was mailed to the parties on the list attached hereto.


                                                     /s/ James E. Kane
                                                         James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-33583-KLP<br>Eastern District of Virginia<br>Richmond<br>Fri Apr 30 10:31:33 EDT 2021 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>MIAMI, FL 33131-1605 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 |
| Urban Financial of America, LLC.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress ave Suite 100<br>Boca Raton, FL 33487-2853 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Wilmington Savings Fund Society,<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Debt Rec Sol<br>900 Merchants Concourse<br>Westbury, NY 11590-5142 | Finance of America Reverse LLC<br>Celink<br>3900 Capital City Blvd<br>Lansing, MI 48906-2147 | Finance of America Reverse, LLC.<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road, Suite 200<br>Houston, TX 77014-1345 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| RMS<br>P.O. Box 8630<br>Richmond, VA 23226-0630 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | David Hugh Tilley<br>12706 Cottage Mill Terrace<br>Midlothian, VA 23114-3116 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238-0000 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Kansas City, MO 64999-0002 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Finance of America Reverse, LLC.    (u)Reverse Mortgage Solutions, Inc. as servi    (u)Wilmington Savings Fund Society, FSB, as T

**End of Label Matrix**
Mailable recipients    19
Bypassed recipients     3
Total                  22