**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID HUGH TILLEY ) | Case No. 16-33583-KLP |
| ) | Chapter 13 |
| Debtor ) | |

### AMENDED NOTICE OF MOTION AND OF HEARING

The above Debtor has filed a Motion to Approve Waiver of Requirement to Complete Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328 in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

   Clerk of Court
   United States Bankruptcy Court
   701 East Broad Street
   Richmond, VA  23219

You must also mail a copy to:

   James E. Kane, Esquire
   Kane & Papa, P.C.
   1313 East Cary Street
   Richmond, Virginia 23219

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

- Attend a hearing scheduled for **June 2, 2021 at 10:00 a.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Room 5100, Richmond, VA  23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  May 10, 2021                                         DAVID HUGH TILLEY


                                                                      By: /s/ James E. Kane
                                                                                    Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and a copy was mailed to the parties on the list attached hereto.


                                                                      /s/ James E. Kane
                                                                           James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-33583-KLP<br>Eastern District of Virginia<br>Richmond<br>Fri Apr 30 10:31:33 EDT 2021 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>MIAMI, FL 33131-1605 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 |
| Urban Financial of America, LLC.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress ave Suite 100<br>Boca Raton, FL 33487-2853 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Wilmington Savings Fund Society,<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Debt Rec Sol<br>900 Merchants Concourse<br>Westbury, NY 11590-5142 | Finance of America Reverse LLC<br>Celink<br>3900 Capital City Blvd<br>Lansing, MI 48906-2147 | Finance of America Reverse, LLC.<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road, Suite 200<br>Houston, TX 77014-1345 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| RMS<br>P.O. Box 8630<br>Richmond, VA 23226-0630 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | David Hugh Tilley<br>12706 Cottage Mill Terrace<br>Midlothian, VA 23114-3116 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238-0000 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Kansas City, MO 64999-0002 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Finance of America Reverse, LLC.        (u)Reverse Mortgage Solutions, Inc. as servi        (u)Wilmington Savings Fund Society, FSB, as T

End of Label Matrix
Mailable recipients    19
Bypassed recipients     3
Total                  22